**FILED**
**DECEMBER 3, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6775**

| In the Matter of | Case Number: |
|---|---|
| Wisniewski, et al., v. City of Chicago, et al., | |

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donal Wisniewski, Anthony Wisniewski and Allan Wisniewski

| | |
|---|---|
| NAME (Type or print) Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel P. Kiss | |
| FIRM Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS 20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6256211 | TELEPHONE NUMBER 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |