AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# 07 C 6775

### SUMMONS IN A CIVIL CASE

Donald Wisniewski, et al.,

V.

City of Chicago, et al.,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE NORGLE
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

City of Chicago
121 North LaSalle Street, Room 107
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 312-795-9595

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**



**December 3, 2007**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12·10·2007 |
| NAME OF SERVER (PRINT) Thomas Murtagh | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Hand-delivered to Mablene Coleman, Payment Service Representative, 121 North LaSalle Street, Room 107, Chicago, Illinois 60602

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12·10·2007
Date

Signature of Server

20 North Clark Street Suite 1700
Chicago IL 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.