# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 1:07-cv-06775
Wisniewski, et al.
    v.
City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago and Philip Cline

| | |
|---|---|
| NAME (Type or print) <br> Molly E. Thompson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Molly E. Thompson | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 10 South Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293942 | TELEPHONE NUMBER <br> 312.876.1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackoviak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois 60602
312.795.9595

 

s/ Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2409565.1
ID\METH