IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD WISNIEWSKI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 07 C 6775 |
| | ) |
| CITY OF CHICAGO, et al., | ) Judge Charles R. Norgle |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:    Counsel of Record

     PLEASE TAKE NOTICE that on **January 11, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle in Room 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to Stay**.

Dated: January 2, 2008                                   Respectfully submitted,

                                                                                          s/ Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                       One of the Attorneys for Defendants
Daniel M. Noland                                        City of Chicago and Philip Cline
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700
312.627.2302 (facsimile)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 2, 2008 I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackoviak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois 60602
312.795.9595

                s/Daniel M. Noland (ARDC No. 6231175)
                Daniel M. Noland

CHICAGO\2409562.1
ID\DMN