AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 6775**

### SUMMONS IN A CIVIL CASE

Donald Wisniewski, et al.,

CASE NUMBER:

JUDGE NORGLE
MAGISTRATE JUDGE COX

V.

ASSIGNED JUDGE:

City of Chicago, et al.,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Chicago Police Officer James McGovern, star 4461
Attn: Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 312-795-9595

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

----------------------------------
**(By) DEPUTY CLERK**

**December 3, 2007**
----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 3, 2008 |
| NAME OF SERVER *(PRINT)* Daniel P. Kiss | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand delivered to Dan Paluck Office of legal affairs 3510 South Michigan Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/3/08
             Date            Signature of Server

Address of Server
LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.