UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case:   07 C 1880 |
|---|---|
| WISNIEWSKI DONALD,   Plaintiff, | Honorable Judge DARRAH |
| v. | |
| CITY OF CHICAGO et at., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Burzinski, Cheryl Hurley as Administrator of the Estate of John Hurley, Timothy McDermott, Rice Brett

| SIGNATURE    /S/ GERI LYNN YANOW |
|---|
| FIRM   City of Chicago, Corporation Counsel |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP   Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198618 | 312.744.2837 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐