07C 6775

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ORDER OF THE EXECUTIVE COMMITTEE

It appearing an Executive Committee Order of July 13, 2007 referred a number of cases involving police officers from the Chicago Police Department Special Operations Unit to Magistrate Judge Michael T. Mason for the limited purpose of conducting initial settlement conferences, and

It further appearing that 07 C 4537, *Hernandez v. Villarcal, et al.*, 07 C 5253, *Padilla v. City of Chicago, et al.*, 07 C 6775, *Wisniewski v. City of Chicago, et al.* and 07 C 6879, *Martinez, et al. v. City of Chicago, et al.*, are appropriate for inclusion with the cases referred to Magistrate Judge Mason by the Order of July 13; therefore

07 C 4537, *Hernandez v. Villarcal, et al.*, 07 C 5253, *Padilla v. City of Chicago, et al.*, 07 C 6775, *Wisniewski v. City of Chicago, et al.* and 07 C 6879, *Martinez, et al. v. City of Chicago, et al.*, are hereby referred to Magistrate Judge Mason for the limited purpose of conducting initial settlement conferences. The previously designated magistrate judges will remain as designated in these two cases for all other purposes.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 6th day of February, 2008