UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Donald Wisniewski, et al.
                        Plaintiff,

v.                                          Case No.: 1:07−cv−06775
                                                           Honorable Charles R. Norgle Sr.

City Of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Michael T. Mason :Magistrate Judge Status hearing held on 2/28/2008. Settlement Conference set for 4/15/2008 at 09:30 AM. Parties are to strictly abide by this Court's Standing Order for Settlement Conference. Plaintiffs' counsel to submit copies of both plaintiffs' settlement demand letter AND defendants' response letter to chambers, room 2206, by 4/10/08.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.