## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Donald Wisniewski, et al.
        Plaintiff,

v.              Case No.: 1:07−cv−06775
               Honorable Charles R. Norgle Sr.

City Of Chicago, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

  MINUTE entry before Judge Honorable Michael T. Mason:At the parties' request, settlement conference set for 4/15/08 is stricken and reset to 5/27/08 at 10:00 a.m. Plaintiffs' counsel to submit copies of both plaintiffs' settlement demand letter AND defendants' response letter to chambers, room 2206, no later than 5/22/08.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.